UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

     Plaintiff(s),

v.

STELLAR HOSPITALITY
BRIGHTON, LLC,

     Defendant(s).

Case No. 25-cv-12553

Honorable Robert J. White

## STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties and the Court being fully advised in the premises;

IT IS ORDERED that this matter is dismissed with prejudice and without costs or attorney fees to either party.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter solely to enforce the terms of the Complete and Permanent Settlement and Release Agreement dated December 8, 2025, entered into between the parties.

SO ORDERED.

Dated: December 15, 2025       s/Robert J. White
                                  Robert J. White
                                  United States District Judge

**STIPULATED TO:**

/s/ _Owen B. Dunn, Jr. _____
Owen B. Dunn, Jr., Esq. (P66315)
Attorney for Plaintiff
6800 W. Central Avenue, Suite C-1
Toledo, OH 43617
(419) 241-9611
Email: obdjr@owendunnlaw.com

/s/_Joel F. Yono_____
Joel F. Yono (P67503)
Attorney for Defendant
985 W. Entrance Drive
Auburn Hills, Michigan 48326
(248) 419-5556
email: joel@mwlodging.com